FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

99 MAY 17 AM 9:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Kimberly Campbell, | ) |
| Plaintiff, | ) |
| v. | ) Case Number CV-98-PT-2535 M |
| Kappler Safety Group, Inc., | ) |
| Defendant. | ) |

ENTERED
MAY 17 1999

## MEMORANDUM OPINION

This cause comes to be heard on defendant's Motion for Summary Judgment filed on April 2, 1999. The court has fully considered the matters in support of and in opposition to the motion for summary judgment. The court concludes that there is no genuine issue of fact and that plaintiff has not created a reasonable inference that she was terminated because of her pregnancy. The defendant has articulated a strong reason for its action. Plaintiff has offered only a weak rebuttal if, indeed, she has advanced a prima facie case. The only decision makers were women. There is no reasonable inference that either plaintiff or other women have been terminated because of pregnancy. There is no reasonable inference that plaintiff was terminated for any reason other than her attitude on the job.

The motion will be granted.

This 17 day of May, 1999.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

